and *Mr. W. B. Harrell* for petitioner.  *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 896. JAMES C. DAVIS, AS AGENT, ETC. *v.* CHARLES HAREFORD.  Error to the Supreme Court of the State of Arkansas.  April 23, 1923.  Petition for a writ of certiorari herein denied.  *Mr. A. W. Smith, Mr. Vincent M. Miles, Mr. Thomas B. Pryor* and *Mr. A. A. McLaughlin,* for plaintiff in error, in support of the petition.  *Mr. Robert A. Rowe,* for defendant in error, in opposition to the petition.

---

No. 915. YOUNG MEN'S CHRISTIAN ASSOCIATION OF COLUMBUS, OHIO, ET AL. *v.* ORA DAVIS ET AL.  April 23, 1923.  Petition for a writ of certiorari to the Supreme Court of the State of Ohio denied.  *Mr. Frank Davis, Jr., Mr. Henry A. Williams, Mr. Guy W. Mallon* and *Mr. James I. Boulger* for petitioners.  *Mr. Arthur I. Vorys* for respondents.  [See *ante,* 739.]

---

No. 920. NEW YORK LIFE INSURANCE COMPANY *v.* MARION C. SLOCOMB.  April 23, 1923.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Louis H. Cooke* for petitioner.  *Mr. Arthur E. Griffin* for respondent.

---

No. 921. NEW YORK LIFE INSURANCE COMPANY *v.* GRACE G. RUTHERFORD.  April 23, 1923.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Louis H. Cooke* for petitioner. No appearance for respondent.